UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
WEIWEI LI,

               Plaintiff,        **ECF CASE**

   v.

                                        07 Civ. 10672 (LAK)

MICHAEL CHERTOFF, et al.,

               Defendants.       NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
         December 10, 2007

                                             Respectfully submitted,

                                           MICHAEL J. GARCIA
                                           United States Attorney for the
                                           Southern District of New York

                          By:   /s/_____
                                           NATASHA OELTJEN
                                           Assistant United States Attorney
                                           86 Chambers Street, 3rd Floor
                                           New York, New York 10007
                                           Telephone: (212) 637-2769
                                           Facsimile: (212) 637-2786
                                           Email: natalia.oeltjen@usdoj.gov

TO:    Jenny Zhao, Esq.
        Wong, Wong & Associates PC
        150 Broadway, Suite 1588
        New York, NY 10038