UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

---

WEIWEI LI,

        Petitioner,

- against -

MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; EMILIO GONZALES, Director of U.S. Citizenship and Immigration Services, ROBERT S. MUELLER; Director of the Federal Bureau of Investigation, ANDREA QUARANTILLO, New York District Director of U.S. Citizenship and Immigration Services; MICHAEL B. MUKASEY, Attorney General of the United States, Department of Justice, UNITED STATES OF AMERICA,

        Respondents.

Docket No. 07 Civ. 10672 (LAK)
A75-967-549

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
December 18th, 2007

WONG, WONG & ASSOCIATES, P.C.
Attorneys for Petitioner


Jenny Zhao, Esq.
150 Broadway, Suite 1588
New York, New York 10038
Tel.  (212) 566-8080
Fax  (212) 566-8960

New York, New York
December 31, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent


Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2769
Fax  (212) 637-2786

SO ORDERED:

Hon. Lewis A. Kaplan
United States District Judge

1/2/08

A75-967-549